FILED
2009 Dec-18 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRY R. MORGAN**              ) | |
|                                                    ) | |
|                                                    ) | |
|         Plaintiff,                              ) | |
|                                                    ) | |
|         v.                                       )  | **2:09-cv-01091-TMP** |
|                                                    ) | |
|                                                    ) | |
| **NATIONAL CREDIT**            ) | |
| **ADJUSTERS, LLC, ET AL**    ) | |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST NATIONAL CREDIT ADJUSTERS, LLC, EQUIFAX INFORMATION SERVICES, INC., AND TRANS UNION, LLC

Comes now Terry R. Morgan and respectfully requests this Honorable Court to dismiss Plaintiff's claims against National Credit Adjusters, LLC, Equifax Information Services, Inc., and Trans Union, LLC as follows:

1. The Plaintiff and Defendants have resolved their differences and desire that the claims against the Defendants National Credit Adjusters, LLC, Equifax Information Services, Inc., and Trans Union, LLC be **dismissed with prejudice**, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of **dismissal with prejudice** against the Defendants National Credit Adjusters, LLC, Equifax Information Services, Inc., and Trans Union, LLC.

        Respectfully Submitted,

        /s/ John G. Watts
        **John G. Watts**
        **Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

        /s/ M. Stan Herring
        **M. Stan Herring**
        **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 18th Day of December, 2009.

        /s/ John G. Watts
        Of Counsel