FILED
2010 Jan-08  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TERRY R. MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 2:09-cv-1091-TMP |
| ) | |
| **NATIONAL CREDIT ADJUSTERS, LLC;** ) | |
| **EQUIFAX INFORMATION SERVICES,** ) | |
| **INC.; TRANS UNION, LLC.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On December 18, 2009, Plaintiff in the above-styled action voluntarily filed his motion to dismiss with prejudice all claims against these defendants. As these are the only defendants in the action, the dismissal effects a dismissal of the entire action. There being no objections filed to the motion, and the court having carefully considered it, Plaintiff's motion for voluntary dismissal of the action is due to be and hereby is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this ___7th___ day of January, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE